AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

### OFFENSE CHARGED

26 USC § 7206(2) - 2 counts
False Tax Return

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
26 USC § 7206(2) - 3 yrs impris., $250,000 fine, 1 yr superv. rel., $100 assessment

---

**DEFENDANT - U.S.**

► MARK A. MUNTEAN

DISTRICT COURT NUMBER
CR 08 0444

---

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ► Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ► Month/Day/Year

---

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS NEWMAN, AUSA, TAX DIV.

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR 08 0444

MARK A. MUNTEAN

DEFENDANT(S).

---

# INDICTMENT

26 U.S.C. SECTION 7206(2)

---

A true bill.

_____ Foreman

Filed in open court this _____ day of

_____

_____ Clerk
Sammans

_____ Bail, $ _____

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2



3

4

5

6

7

8                    UNITED STATES DISTRICT COURT FOR THE

9                      NORTHERN DISTRICT OF CALIFORNIA      0444

10                              OAKLAND DIVISION

11

12 | UNITED STATES OF AMERICA,        )   No. CR-
                                      )
13 |        Plaintiff,                )   VIOLATIONS:
                                      )   26 U.S.C. § 7206(2) (False Tax Return)
14 |   v.                             )   (TWO COUNTS)
                                      )
15 | MARK A. MUNTEAN,                 )
                                      )   OAKLAND VENUE
16 |        Defendant.                )
   |_____)

17                              **INDICTMENT**

18 The Grand Jury charges:

19 COUNT ONE: (26 U.S.C. § 7206(2)) - (Aiding & Assisting in Filing False Tax Return)

20      On or about September 15, 2002, the defendant,

21                              MARK A. MUNTEAN

22 did willfully aid and assist, procure, counsel, and advise in the preparation and presentation to the

23 Internal Revenue Service, of an U.S. Corporate Income Tax Return for Bechtel Group Inc., Form

24 1120, for 2001, while employed as the global tax manager at Bechtel, which tax return contained

25 a $4.2 million research and development tax credit that was filed with the IRS, whereas,

26 MUNTEAN then and there well knew and believed that Bechtel was not entitled to the research

27 and development credit in the amount claimed.

28      In violation of Title 26, United States Code, Section 7206(2).

INDICTMENT

1

| | |
|---|---|
| 1 | COUNT TWO: (26 U.S.C. § 7206(1)) - (Aiding & Assisting in Filing False Tax Return) |
| 2 | On or about May 14, 2003, the defendant, |
| 3 | MARK A. MUNTEAN |
| 4 | did willfully aid and assist, procure, counsel, and advise in the preparation and presentation to the |
| 5 | Internal Revenue Service, of a U.S. Partnership Income Tax Return for BWXT Idaho LLC, Form |
| 6 | 1065, for 2001, while employed as the global tax manager at Bechtel, which tax return contained, |
| 7 | inter alia, a $3.35 million research and development tax credit that was filed with the IRS, |
| 8 | whereas, MUNTEAN then and there well knew and believed that BWXT Idaho LLC was not |
| 9 | entitled to the research and development credit in the amount claimed. |
| 10 | In violation of Title 26, United States Code, Section 7206(2). |

A True Bill

Dated: 7/8/08

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN STRETCH
Chief, Criminal Section

Approved as to Form:

_____
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

INDICTMENT

2