1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  BRIAN J. STRETCH, (CABN 163973)
   Chief, Criminal Division
3  THOMAS M. NEWMAN (NYSBN 4256178)
   Assistant United States Attorney
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
5     Telephone: (415) 436-7017
      FAX: (415) 436-7234
6
   Attorneys for the United States
7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11  UNITED STATES OF AMERICA,            )    CR 08    0444 SBA
                                         )
12        Plaintiff,                     )
                                         )
13        v.                             )    UNITED STATES' MOTION TO SEAL
                                         )    INDICTMENT AND ARREST WARRANT
14  MARK A. MUNTEAN,                     )    AND [PROPOSED] ORDER
                                         )
15        Defendant.                     )
                                         )    (
16  _____ )

17        The government hereby moves the Court for an order sealing this motion, the Indictment,

18  the Sealing Order, and the arrest warrant of the above-captioned defendant until further order of

19  the Court. The government believes that disclosure of the existence of the Indictment, the arrest

20  warrant, this motion, and any corresponding order may jeopardize the progress of the ongoing

21  investigation. Nothing in this order shall prevent the government from providing a copy of such

22

23

24

25

26

27

28  //

Document No.
2V
District
Criminal Case Processing

1  documents to members of law enforcement and the United States Attorneys' Office, to the

2  Bechtel Group, and to MUNTEAN and his attorney, when appropriate.

3

4                                                          Respectfully submitted,

5                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney
6

7                                                          THOMAS NEWMAN
                                                           Assistant United States Attorney
8

9                                            **ORDER**

10        Based upon the motion of the government and for good cause shown, IT IS HEREBY

11  ORDERED that the government's motion, the Indictment, and this Sealing Order shall be sealed

12  until further order of the Court.  Nothing in this Order shall prevent the government from

13  providing a copy of the indictment to members of law enforcement and the United States

14  Attorneys' Office, to the Bechtel Group, and to MUNTEAN and his attorney, when appropriate.

15

16

17  DATED: 7/8/08

18                                                          United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

US' Mot. To Seal Indct. & Arrest Warrant
& [Proposed] Order                                  2