JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS M. NEWMAN (NYSBN 4256178)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6805
  Fax: (415) 436-6748
  Email: thomas.newman2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-444-SBA |
|     Plaintiff, ) | |
|     v. ) | STIPULATION |
| MARK A. MUNTEAN, ) | |
|     Defendant. ) | |

    1. On July 23, 2008, the Defendant was served with a copy of the indictment and summons requiring his initial appearance on August 11, 2008, before the Honorable Wayne D. Brazil.

    2. Following service of the summons, the Defendant has retained the undersigned counsel.

    3. The parties conferred on August 7, 2008, and prior to that date, regarding the initial appearance, which is scheduled for a time that is not convenient to the Defendant or his counsel.

    4. The government agrees to an extension until September 2, 2008, for the Defendant to appear and enter a plea. During this intervening period, the government agrees to provide the defense with all appropriate discovery.

Stipulation
Case No. 8-444-SBA

1

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


*/s/Thomas M. Newman*
THOMAS M. NEWMAN
Assistant United States Attorney
Tax Division

*/s/John M. Youngquist*
JOHN M. YOUNGQUIST
Attorney for Defendant

## ORDER

In accordance with the parties' stipulation, it is so ORDERED.

8/8/08

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE