| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 11 Mins | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Ivy L. Garcia | | | REPORTER/FTR FTR: 9/2/08  10:29:58-10:40:19 | |
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | | DATE 9/2/08 | | | NEW CASE ☐ | CASE NUMBER CR-08-00444-SBA |

### APPEARANCES

| DEFENDANT MARK A. MUNTEAN | | AGE | CUST No | P/NP P | ATTORNEY FOR DEFENDANT John Youngquist | PD. ☐ RET. ☒ APPT. ☐ |
|---|---|---|---|---|---|---|
| U.S. ATTORNEY Thomas Newman | | INTERPRETER None | | | ☐ FIN. AFFT SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER None | PRETRIAL SERVICES OFFICER Carol Mendoza | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT ☐ OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR 5 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☒ I.D. COUNSEL 1 Min HELD | ☒ ARRAIGNMENT 5 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 9/2/08 | ☒ ADVISED OF CHARGES 9/2/08 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | **FILED** |
|---|---|---|---|---|

### ARRAIGNMENT

SEP 2 – 2008

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 2 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### RELEASE

| ☒ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED  ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO BOTH 2 COUNTS | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 9/23/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. S. B. ARMSTRONG | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY THE DEFT. RE: SPEEDY TRIAL ACT CALCULATION 9/23/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 NOW & UNTIL | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The govt's atty. moved to unseal the Indictment - motion GRANTED. INDICTMENT ORDERED UNSEALED. Request for discovery was made by the deft's atty. to the govt's atty. Some discovery has been provided by the govt's atty. to the deft's atty. & addt'l. discovery will be forthcoming. The Court ordered that the deft. must report to the U.S. Marshal's Office for processing bef. he leaves the Oakland Fed. Courthouse Bldg. this morning.

DOCUMENT NUMBER:

cc: WDB's Stats, Lisa Clark, Pret. Svcs.