UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date:11/18/08

CR 08-00444SBA                              JUDGE: SAUNDRA BROWN ARMSTRONG

MUNTEAN                                     Present (X) Not Present ( ) In Custody ( )
    DEFENDANT(S)

 TOM NEWMAN                                    JOHN YOUNGUIST
U.S. ATTORNEY                               ATTORNEY FOR DEFENDANT(S)

Deputy Clerk:  Lisa R. Clark                STARR WILSON
                                             Court Reporter

 Interpreter                                Probation Officer
                              PROCEEDINGS

REASON FOR HEARING:     PRETRIAL CONFERENCE - HELD

 RESULT OF HEARING: PLAINTIFF'S MOTION IN LIMINE NO.'S 1,2,3, & 5 ARE GRANTED; THE COURT PASSED RULING ON NO. 4;DEFENDANT'S MOTION IN LIMINE THE COURT TOOK UNDER SUBMISSION PENDING FURTHER BRIEFING ; GOVERNMENT TO FILE BY 11/24/08; OPPOSITION DUE 12/1/08; REPLY DUE 12/2/08 COURT WILL ISSUE ORDER OR SCHEDULE HEARING BEFORE TRIAL IF ONE IS NEEDED; COURT WILL CONDUCT VOIR DIRE AND EACH SIDE WILL HAVE 15 MINUTES; COURT WILL DECIDED ON THE DAY OF JURY SELECTION HOW MANY ALTERNATES WE WILL SELECT
Case Continued to 12/10/08   for Trial(Court/Jury: 5    Days/weeks) at 8:30 a.m.