**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00444 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket Nos. 17-21 ] |
| MARK A. MUNTEAN, | |
| Defendant. | |

Before the Court are (1) the United States' Motion in Limine No. 1 Re: Good Faith; [Docket No. 17] (2) the United States' Motion in Limine No. 2 Re: Legal Argument [Docket No. 18]; (3) the United States' Motion in Limine No. 3 Re: Coconspirator Statements [Docket No. 19]; (4) the United States' Motion in Limine No. 4 Re: Punishment [Docket No. 20]; and (5) Defendant's Motion in Limine to Exclude Evidence [Docket No. 21]. Because they are unopposed and meritorious, the Court GRANTS the United States' Motions in Limine No. 1, No. 2, and No. 4. With regards to the United States' Motion in Limine No. 3 and defendant's Motion in Limine, the Court sets the following briefing schedule. The Government shall file a brief by November 24, 2008, providing a proffer under Federal Rule of Evidence 104(b), as to the admissibility of proposed government exhibits "30" through "50" as coconspirator admissions. Muntean shall have until December 1, 2008 to file an opposition, if any. The government shall have until December 2, 2008 to file a reply, if any. The Court shall take the matter under submission on the pleadings, and will notice a hearing if it finds one necessary.

IT IS SO ORDERED.

November 18, 2008

_Saundra B Armstrong_
Saundra Brown Armstrong
United States District Judge